# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-08904-JLS-PD                    Date May 10, 2023

Title: Kuan Yan v. Jaddou Ur Mendoza et al

Present: The Honorable Josephine L. Staton

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                      Not Present

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated February 19, 2023.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6.

☐ Entered _____.

Initials of Preparer    vrv

CV-74 (10/08)                CIVIL MINUTES -REOPENING/CLOSING